UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**In re:**
**KLIPA, MARCI L.**

**Debtor(s)**

Case No. 05-35500 MBM

## TRUSTEE'S FINAL REPORT AND ACCOUNT OF THE ADMINISTRATION OF THE ESTATE AND FINAL APPLICATION FOR COMPENSATION

The petition commencing this case was filed on 10/11/05 and the undersigned (the "Trustee") was appointed or elected trustee on 10/11/05. Trustee has qualified as trustee for the bankruptcy estate in this case (the "Estate") pursuant to Section 322 of the Bankruptcy Code.

The Trustee certifies that the money of the Estate is deposited with the following:

| Bank Name | Account Number | Account Balance |
|---|---|---|
| JPMORGAN CHASE BANK, N.A. | ********6565 | 17,545.51 |

All property of the Estate has been inventoried, collected, and liquidated, or exempted; all adversary proceedings are closed [except as follows:]. The Trustee will forthwith propose the distribution of the money of the Estate to creditors and the abandonment of all remaining unliquidated property of the Estate. (See Exhibit A - Individual Estate Property Record).

All claims have been reviewed and properly dealt with. In this regard, all proofs of claim have been examined and any objections thereto have been filed with the Court. The bar date has expired for creditors to file claims. (See Exhibit C - Copy Claims Register.)  RHS   (Trustee's Initials)

Receipts:

| | |
|---|---|
| Gross Estate Proceeds: | |
| (See Exhibit B - Cash Receipts and Disbursements Record and Bankruptcy Rule 6004 Report(s) of Sale) | $17,545.51 |
| Disbursements: | |
| (See Exhibit B - Cash Receipts and Disbursements Record and Bankruptcy Rule 6004 Report(s) of Sale) | $0.00 |
| Balance: Net Estate Proceeds | $17,545.51 |

## **CERTIFICATION**

I, ROBERT H. SLONE, the undersigned trustee, hereby certify, under penalty of perjury, that:

(i)  the above Final Report and Account and the attached Application for Compensation are true and correct;

(ii)  no agreement or understanding exists between the undersigned and any other person for a division of compensation [except as follows: (state nature and particulars of agreement of understanding)]; except members of my firm.

(iii)  the undersigned has not entered into any agreement, express or implied, with another party in interest in the above captioned proceeding for the purpose of fixing fees or other compensation to be paid to the undersigned for services rendered in connection therewith, from the assets of the estate in excess of the compensation allowed by law.

Dated: November 21, 2007            /s/   ROBERT H. SLONE
                                    Robert H. Slone, Trustee


Trustee Name:      ROBERT H. SLONE
Trustee Address:   223 SOUTH MAPLE AVENUE
                   GREENSBURG, PA  15601
Trustee Phone No.: (724) 834-2990

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-35500 MBM
**Case Name:** KLIPA, MARCI L.

**Period Ending:** 10/31/07

**Trustee:** (580040) ROBERT H. SLONE
**Filed (f) or Converted (c):** 10/11/05 (f)
**§341(a) Meeting Date:** 12/15/05
**Claims Bar Date:** 04/14/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RE - 95 Oak Str., Rillton, PA<br>1/2 interest w/ husband in 2 story, 4 bdrm house on 50' x 100' lot  (See Footnote) | 32,500.00 | 15,000.00 | | 17,500.00 | FA |
| 2 | Cash on hand | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account - Citizens Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods, furnishings<br>1/2 interest in household items w/ husband | 375.00 | 0.00 | DA | 0.00 | FA |
| 5 | 60 inch big screen TV | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. costume jewelry, 2 small diamond rings | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | ERISA Qualified 401(k) Plan through Verizon<br>Not part of the estate | 3,400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Jeep Cherokee | 6,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 45.51 | Unknown |
| 10 | **Assets** Totals (Excluding unknown values) | **$43,580.00** | **$15,000.00** | | **$17,545.51** | **$0.00** |

RE PROP# 1     Amendment filed 11/15/2007 re: exemption in real estate

Printed: 11/21/2007 12:26 PM     V.9.52

Form 1            Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-35500 MBM | **Trustee:** (580040) ROBERT H. SLONE |
| **Case Name:** KLIPA, MARCI L. | **Filed (f) or Converted (c):** 10/11/05 (f) |
| | **§341(a) Meeting Date:** 12/15/05 |
| **Period Ending:** 10/31/07 | **Claims Bar Date:** 04/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

    Trustee will prepare to file TFR, Proposed Distribution and Fee Applications.

**Initial Projected Date Of Final Report (TFR):** January 30, 2007      **Current Projected Date Of Final Report (TFR):** November 21, 2007 (Actual)

Printed: 11/21/2007 12:26 PM     V.9.52

# Western District of Pennsylvania
# Claims Register
# Please check the Docket Report for any Transfer of Claim entries.

## 05-35500-MBM Marci L. Klipa

**Judge:** M. Bruce McCullough  **Chapter:** 7
**Office:** Pittsburgh  **Last Date to file claims:** 04/14/2006
**Trustee:** Robert H. Slone  **Last Date to file (Govt):** 04/10/2006

| Creditor: (11192111) Recovery Management Systems Corporation For GE Money Bank dba AMERICAN EAGLE 25 S.E. 2nd Avenue, Suite 1120 Miami, Fl 33131 | Claim No: 1 Filed: 01/30/2006 Entered: 01/30/2006 | Status: Filed by: CR Entered by: Singh, Ramesh Modified: |
|---|---|---|

Unsecured claimed: $226.48
Total claimed: $226.48

*History:*
1-1   01/30/2006 Claim #1 filed by Recovery Management Systems Corporation, total amount claimed: $226.48 (Singh, Ramesh)

*Description:*
*Remarks:*

| Creditor: (11192113) Recovery Management Systems Corporation For GE Money Bank dba THE GAP 25 S.E. 2nd Avenue, Suite 1120 Miami, Fl 33131 | Claim No: 2 Filed: 01/30/2006 Entered: 01/30/2006 | Status: Filed by: CR Entered by: Singh, Ramesh Modified: |
|---|---|---|

Unsecured claimed: $289.11
Total claimed: $289.11

*History:*
2-1   01/30/2006 Claim #2 filed by Recovery Management Systems Corporation, total amount claimed: $289.11 (Singh, Ramesh)

*Description:*
*Remarks:*

| Creditor: (11201243) GE Consumer Finance For GE Money Bank dba WAL-MART 25 S.E. 2nd Avenue, Suite 1120 Miami, Fl 33131 | Claim No: 3 Filed: 02/08/2006 Entered: 02/08/2006 | Status: Filed by: CR Entered by: Singh, Ramesh Modified: |
|---|---|---|

Unsecured claimed: $563.24

| | |
|---|---|
| Total claimed: $563.24 | |
| History: | |
| 3-1   02/08/2006 Claim #3 filed by GE Consumer Finance, total amount claimed: $563.24 (Singh, Ramesh) | |
| Description: | |
| Remarks: | |

| Creditor: (11085416) Kaufmann's 111 Boulder Industrial Drive Bridgeton MO 63044 | Claim No: 4 Filed: 01/30/2006 Entered: 02/13/2006 | Status: Filed by: CR Entered by: mmik Modified: |
|---|---|---|

| Unsecured claimed: $1021.53 |
|---|
| Total claimed: $1021.53 |

| History: |
|---|
| 4-1   01/30/2006 Claim #4 filed by Kaufmann's, total amount claimed: $1021.53 (mmik) |
| Description: (4-1) goods sold/mm |
| Remarks: |

| Creditor: (11085409) Columbia Gas of PA 200 Civic Center Drive 11th Floor Columbus OH 43215 | Claim No: 5 Filed: 03/17/2006 Entered: 03/22/2006 | Status: Filed by: CR Entered by: Modified: |
|---|---|---|

| Unsecured claimed: $542.66 |
|---|
| Total claimed: $542.66 |

| History: |
|---|
| 5-1   03/17/2006 Claim #5 filed by Columbia Gas of PA, total amount claimed: $542.66 |
| Description: (5-1) utility service - eap |
| Remarks: |

| Creditor: (11085429) Verizon Wireless 404 Brock Drive Bloomington IL 61701 | Claim No: 6 Filed: 03/20/2006 Entered: 03/22/2006 | Status: Filed by: CR Entered by: jfur Modified: |
|---|---|---|

| Unsecured claimed: $790.39 |
|---|
| Total claimed: $790.39 |

| History: |
|---|
| 6-1   03/20/2006 Claim #6 filed by Verizon Wireless, total amount claimed: $790.39 (jfur) |
| Description: (6-1) services performed JF |
| Remarks: |

| Creditor: (11085417) Kohl's Department Store c/o Creditors Bankruptcy Service PO Box 740933 | Claim No: 7 Filed: 04/04/2006 Entered: 04/06/2006 | Status: Filed by: CR Entered by: Modified: |
|---|---|---|

| | | |
|---|---|---|
| Dallas TX 75374 | | |
| Unsecured claimed: $1262.67 <br> Total claimed: **$1262.67** | | |
| History: <br> 7-1    04/04/2006 Claim #7 filed by Kohl's Department Store , total amount claimed: $1262.67 | | |
| Description: (7-1) goods sold - eap | | |
| Remarks: | | |
| Creditor:    (11241878) <br> National City Bank <br> P.O. Box 94982 <br> Cleveland, OH 44101 | Claim No: 8 <br> Filed:    04/11/2006 <br> Entered: 04/11/2006 | Status: <br> Filed by: CR <br> Entered by: Green, Therese <br> Modified: |
| Unsecured claimed: $599.31 <br> Total claimed: **$599.31** | | |
| History: <br> 8-1    04/11/2006 Claim #8 filed by National City Bank , total amount claimed: $599.31 (Green, Therese) | | |
| Description: (8-1) Unsecure Asset Case | | |
| Remarks: (8-1) Claim submitted by Therese Green | | |

## Claims Register Summary

**Case Name:** Marci L. Klipa <br>
**Case Number:** 05-35500-MBM <br>
**Chapter:** 7 <br>
**Date Filed:** 10/11/2005 <br>
**Total Number Of Claims:** 8

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | $5295.39 | |
| Secured | | |
| Priority | | |
| Unknown | | |
| Administrative | | |
| Total | $5295.39 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/16/2007 11:22:28 | | | |
| PACER Login: | rs1102 | Client Code: | |
| | | | 05-35500-MBM Filed or |

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-35500 MBM | Trustee: | ROBERT H. SLONE (580040) |
|---|---|---|---|
| Case Name: | KLIPA, MARCI L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7569479 | Blanket Bond: | $10,909,597.00 (per case limit) |
| Period Ending: | 10/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/07 | {1} | Paul Klipa | Settlement funds pd. on purchase of Debtor's one-half interest in Rillton property | 1110-000 | 17,500.00 | | 17,500.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.85 | | 17,506.85 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.97 | | 17,516.82 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.66 | | 17,526.48 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.73 | | 17,535.21 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.30 | | 17,545.51 |
| | | | **ACCOUNT TOTALS** | | 17,545.51 | 0.00 | **$17,545.51** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,545.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,545.51** | **$0.00** | |

{} Asset reference(s)

Printed: 11/21/2007 12:11 PM    V.9.52

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-35500 MBM | Trustee: | ROBERT H. SLONE (580040) |
|---|---|---|---|
| Case Name: | KLIPA, MARCI L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****65-66 - Checking Account |
| Taxpayer ID #: | 13-7569479 | Blanket Bond: | $10,909,597.00 (per case limit) |
| Period Ending: | 10/31/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :      17,545.51
                   _____
Net Estate :       $17,545.51
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****65-65** | 17,545.51 | 0.00 | 17,545.51 |
| **Checking # ***-*****65-66** | 0.00 | 0.00 | 0.00 |
| | $17,545.51 | $0.00 | $17,545.51 |

{} Asset reference(s)                                                                              Printed: 11/21/2007 12:11 PM    V.9.52